# THE CORRIGAN LAW FIRM
### 54-B WEST FRONT STREET
### KEYPORT, NEW JERSEY 07735
### 732-888-3868
732-888-9055 (Fax)
THECORRIGANLAWFIRM.COM

DAVID F. CORRIGAN+

OF COUNSEL
EDMUND J. CORRIGAN
BRADLEY D. TISHMAN*

+ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY
 AS A CIVIL TRIAL ATTORNEY
* ADMITTED IN NEW YORK
 AND NEW JERSEY

August 6, 2013

**Via Electronic Filing**
Hon. Faith S. Hochberg, U.S.D.J.
Frank R. Lautenberg U.S. P.O. & Cthse. Building
Room 369
P.O. Box 999
Newark, NJ 07101-0999

Re: Cosimano v. Township of Union, et. al.
    Docket No. 2:10-cv-05710-FSH-PS
    Our File No. 082010-02

Dear Judge Hochberg:

Our firm represents Plaintiff MaryAnne Cosimano in the above captioned matter. Pursuant to the Court's July 8, 2013 Order, enclosed please find Plaintiff's Second Amended Complaint and Jury Demand.

Thank you for your attention to this matter.

Respectfully Submitted,

David F. Corrigan

cc: Robert J. Merryman, Esq.
    MaryAnne Cosimano