**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARYANNE COSIMANO,<br><br>        Plaintiff,<br><br>v.<br><br>TOWNSHIP OF UNION,<br><br>        Defendant. | Civil Action No.: 10-5710 (JLL)<br><br>**JUDGMENT IN A CIVIL ACTION** |

**LINARES**, Chief District Judge.

The above-captioned action was tried by a jury, with the undersigned presiding. Pursuant to the jury verdict entered on April 6, 2018, this Court has ordered that Plaintiff, Maryanne Cosimano, recover from Defendant, Township of Union, the amount of three hundred forty-nine thousand two hundred and ninety-one dollars and one cent ($349,291.01), which amount includes prejudgment interest at the rate of 2.50%. In addition to the above sum of $349,291.01, Plaintiff shall be entitled to post-judgment interest at the rate of 1.07 % per annum, as well as costs.

DATE: May 8, 2018

_____
JOSE L. LINARES
CHIEF JUDGE, U.S. DISTRICT COURT