David Corrigan, Esq.
The Corrigan Law Firm
54-B West Front Street
Keyport, New Jersey 07735
Telephone: (732) 888-3868
Facsimile: (732) 888-9055
E-Mail: counsellorcorrigan@msn.com
Attorney for Plaintiff Maryanne Cosimano

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARYANNE COSIMANO | Civil Action No.: 2:10-cv-05710 (JLL) |
| Plaintiff, | *Civil Action* |
| | **(Electronically Filed)** |
| v. | |
| TOWNSHIP OF UNION, FRANK BRADLEY, and DANIEL ZIESER, | **WARRANT OF SATISFACTION OF JUDGMENT** |
| Defendants. | |

**WHEREAS,** the United States District Court for the District of New Jersey issued a judgment in this matter dated May 8, 2018 in the amount of $391,291.01; and

**WHEREAS** Defendant, Township of Union, has paid Plaintiff in full in an amount representing the total amount of the judgment;

**NOW THEREFORE,** this is your warrant and authority to enter on the aforesaid record this satisfaction of judgment.

*/s/ David F. Corrigan*
David Corrigan, Esq.
The Corrigan Law Firm
54-B West Front Street
Keyport, New Jersey 07735
Attorney for Plaintiff Maryanne Cosimano

Dated: September 18, 2019